**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:
LISA LANCASTER,
DEBTOR.
______________________________/

CHAPTER 13
CASE NO. 16-51015-MAR
JUDGE MARK A RANDON

**TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee requests copies of the W-2/1099s, schedules and statements that should have been attached to the 2014 tax return provided.

2. Trustee requests copies of the mortgage and note documents for the obligation to Macomb County.

3. Trustee requires verification of the income reported on Line 2 of the Means Test Form 122C-1 as it affects the monthly disposable income determination.

4. The Trustee objects to Line 16 of the Means Test Form 122C-2 as the amount exceeds debtor's actual expense and affects the disposable income determination.

5. The Trustee objects to the failure to provide for Carson's on Schedule F and the Matrix and believes that creditor may not have been adequately advised of the pendency of these proceedings.

6. Trustee requests documentation of the loan balance and payoff date for debtor's 401(k) loans.

7. Where debtor has had income tax liabilities in prior years, Trustee requires an adjustment in debtor's tax withholdings.

8. Trustee requests all available post-petition pay stubs in order to verify debtor's changed withholdings. Trustee requires the pay stubs to be received by the Trustee immediately.

9. As debtor testified at the § 341 First Meeting of Creditors that she is back to work after a disability leave, Trustee requests all available post-petition pay stubs.

**WHEREFORE**, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

September 30, 2016

/s/ Margaret Conti Schmidt

Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:
LISA LANCASTER,
DEBTOR.
_____________________________/

CHAPTER 13
CASE NO. 16-51015-MAR
JUDGE MARK A RANDON

**CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

MORAN LAW OFFICE
25600 WOODWARD AVE
SUITE 201
ROYAL OAK, MI 48067-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

LISA LANCASTER
16312 ORCHARD LN
FRASER, MI 48026-0000

September 30, 2016

/s/ Barbara A. Ecclestone
Barbara A. Ecclestone
For the Office of the Chapter 13 Trustee-Detroit
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com